JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-05280-RGK-AFM | Date | September 14, 2021 |
|---|---|---|---|
| Title | UNITED AFRICAN-ASIAN ABILITIES CLUB, et al v. WENDY B. TURK, et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon Williams (not present) | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **IN CHAMBERS — ORDER DISMISSING PLAINTIFF'S COMPLAINT**

On June 29, 2021, Plaintiff filed a Complaint seeking among other things, damages pursuant to California's Unruh Civil Rights Act ("Unruh Act") and the California Disabled Person Act. On July 19, 2021, this Court issued an Order to Show Cause directing Plaintiff to submit declarations, signed under penalty of perjury, providing all facts necessary for the Court to determine if Plaintiff or Plaintiff's counsel satisfies the definition of a "high-frequency litigant" as provided by California Civil Procedure Code sections 425.55(b)(1) & (2). Plaintiff's response to the Court's Order, filed on July 19, 2021, includes no such declarations, nor does it in any way address the issue of whether Plaintiff or Plaintiff's counsel is a high-frequency litigant. The Court therefore **DISMISSES** Plaintiff's Complaint **without prejudice** for failure to comply with its Order.

**IT IS SO ORDERED**.